**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 5, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00277-CV

## SHAWN GREEN AND AZTEC PORTACANS & CONTAINERS, LTD., Appellants

## V.

## MARY  CARTER  MORRIS, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-33380**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed November 18, 2020. On September 16, 2021, the parties filed a joint motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.